CHARLES C. LOCKWOOD, Appellant, v. ELIZABETH S. UNDERWOOD, Respondent.

(Argued December 17, 1880; decided January 18, 1881.)

*David Miller* for appellant.

Agree to reverse order and affirm judgment on report of referee, without opinion.

All concur.

Order reversed and judgment affirmed.

---

ALEXANDER HENRY, Respondent, v. JOHN BRADY, Appellant.

(Argued December 21, 1880; decided January 18, 1881.)

DECIDED on the facts.

*James L. Bishop* for appellant.

*N. A. McBride* for respondent.

FINCH, J., reads for affirmance.

All concur.

Judgment affirmed.

---

HENRY J. JOHNSON et al., Appellants, v. GROVE & BAILEY, Respondents.

(Argued December 22, 1880; decided January 18, 1881.)

DECIDED on the facts.

*J. Hampden Dougherty* for appellants.

*J. Thomas Spriggs* for respondents.

ANDREWS, J., reads for affirmance.

All concur.

Judgment affirmed.